# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**BEATRICE SANTIAGO**      **PLAINTIFF**

**VERSUS**      **CIVIL ACTION NO. 1:09cv283HSO-JMR**

**OCEAN SPRINGS HOSPITAL**      **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause comes before the Court on the Report and Recommendation [3] of Chief United States Magistrate Judge John M. Roper, recommending denial of Plaintiff's Motion [2] for Leave to Proceed *In Forma Pauperis*, entered in this cause on May 15, 2009. The record reveals that Plaintiff has not filed objections.

Where a party fails to file specific objections to a magistrate judge's report and recommendation, the district court reviews the report and recommendation for findings and conclusions that are clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1); *see also United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Based on the record before this Court, the undersigned finds that the Magistrate Judge was not erroneous in recommending that Plaintiff be denied leave to proceed *in forma pauperis*. After referral of hearing by this Court, no objections having been filed, and the Court, having fully reviewed the same as well as the relevant law and the record in this matter, and being duly advised in the premises, finds that the Report and Recommendation of Chief Magistrate Judge John M. Roper entered on May 15, 2009, should be adopted as the opinion of this Court.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff Beatrice Santiago's Motion [2] for Leave to Proceed In Forma Pauperis, filed in this cause on April 29, 2009, should be, and is hereby, **DENIED.**

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, the Report and Recommendation [3] of Chief Magistrate Judge John M. Roper entered on May 15, 2009, should be and is hereby adopted in its entirety as the finding of this Court, except that Plaintiff shall have until twenty (20) days from the date of this Order, or until Monday, July 13, 2009, to pay the required filing fees to the Clerk of Court for the Southern District of Mississippi, Southern Division, Dan M. Russell Jr., United States Courthouse, 2012 15th Street, Suite 403, Gulfport, Mississippi, 39501.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, if the filing fee is not received within the period specified above, this matter may be dismissed without further notice to the Plaintiff.

**SO ORDERED AND ADJUDGED**, this the 12th day of June, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE