IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BEATRICE SANTIAGO**                                                      **PLAINTIFF**

**VERSUS**                        **CIVIL ACTION NO. 1:09cv283HSO-JMR**

**OCEAN SPRINGS HOSPITAL**                                  **DEFENDANT**

## FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal pursuant to the Federal Rules of Civil Procedure. The Court, after a full review and consideration of the record and the relevant legal authority, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED** that, Plaintiff's case against Defendant is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 24th day of September, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE